IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number  3:22 CV 87
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. **PARTIES**

A. Plaintiff:

1. (a) George E. Rainey (Name)   (b) 1889801 (Inmate number)

(c) Haynesville Correctional Center (Address)
P.O. Box 129
Haynesville Va. 22472

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B. Defendant(s):

1. (a) John Spencer (Name)   (b) Attorney (Title/Job Description)

(c) 660 Cambridge St (Address)

Fredericksburg Va. 22405

2

*Also Copy*
*Six*

2. (a) _____  (b) _____
      (Name)                        (Title/Job Description)

   (c) _____
      (Address)

   _____

3. (a) _____  (b) _____
      (Name)                        (Title/Job Description)

   (c) _____
      (Address)

   _____

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II. **PREVIOUS LAWSUITS**

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [✓]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit:

   Plaintiff(s) George E. Rainey _____

   Defendant(s) John Spencer _____

   _____

   2. Court (if federal court, name the district; if state court, name the county):

   Spotsylvania Circle Court _____

   3. Date lawsuit filed: _____

   4. Docket number: _____

3

5. Name of Judge to whom case was assigned: _____

_____

6. Disposition (Was case dismissed?  Appealed?  Is it still pending?  What relief was granted, if any?) : 

_____

_____

III. **GRIEVANCE PROCEDURE**

A. At what institution did the events concerning your current complaint take place: _____

_____

B. Does the institution listed in "A" have a grievance procedure? Yes [  ]  No [  ]

C. If your answer to "B" is Yes:

   1. Did you file a grievance based on this complaint? Yes [  ]  No [  ]

   2. If so, where and when: _____

   3. What was the result? _____

   _____

   4. Did you appeal? Yes [  ]  No [  ]

   5. Result of appeal: _____

   _____

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [  ]  No [  ]

   If your answer is Yes, what steps did you take? _____

   _____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

   _____

   _____

4

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I was in Court (never in court) on 9-24-2020 on a Case That There was no Paper Work no Charce on me There is paper work That show That There was no Case, but he was pay $2,500 Dollard and wont refund my money There is Paper work he wont give me because he no That The paper work is not right and That why he wont give up the paper work. There is some paper work That my name is on it but it not my hand wrighting. I neve was in Court. Ryan Mehaffey Attorney For The Common Wealth of Va. was in on this make up Case also all I want is my paper work I was in Jail For one + a Half years For something I did do This Case number is a made up Case no. CR19000918-00     George Rainey

5

*Lit Copy*

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _____ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

_____ Award money damages in the amount of $ _____

_____ Grant injunctive relief by _____

_____ Other _____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_____

_____

_____

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [   ]   No [   ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _____ day of _____ , 20_____ .

Plaintiff _____

6